UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | FILED |
| AARON WILLIAMS ) | NOV 10 2008 |
| ) | Nov 10, 2008 |
| ) | MICHAEL W. DOBBINS |
| ) | CLERK, U.S. DISTRICT COURT |
| ) | |
| ) | No. 08 CR 811-1 |
| ) | Magistrate Judge Jeffrey Cole |

## FORFEITURE AGREEMENT

Pursuant to the Pretrial Release Order entered in the above-named case on October 21, 2008, and for and in consideration of bond being set by the Court for defendant AARON WILLIAMS in the amount of $100,000, being partially secured by real property, **AARON WILLIAMS AND ROSIE WILLIAMS, GRANTOR(S)** hereby warrant and agree:

1. AARON WILLIAMS AND ROSIE WILLIAMS warrant that they are the sole record owners and titleholders of the real property located at 8925 South Morgan Street, Chicago, Illinois, and described legally as follows:

> LOT 38 IN BLOCK 10 IN W.O. COLES SUBDIVISION OF THE NORTH 90.37 ACRES OF THAT PART OF THE NORTHEAST 1/4 OF SECTION 5, TOWNSHIP 37 NORTH, RANGE 14, EAST OF THE THIRD PRINCIPAL MERIDIAN, IN COOK COUNTY, ILLINOIS

> P.I.N: 25-03-221-033-0000

AARON WILLIAMS AND ROSIE WILLIAMS warrant that there is one outstanding mortgage against the subject property and that their equitable interest in the real property approximately equals $8,000.

2. AARON WILLIAMS AND ROSIE WILLIAMS agree $8,000 of their equitable interest in the above-described real property, may be forfeited to the United States of America, should the defendant AARON WILLIAMS fail to appear as required by the Court or otherwise violate any condition of the Court's order of release. AARON WILLIAMS AND ROSIE WILLIAMS further understand and agree that, if the defendant AARON WILLIAMS should violate any condition of the Court's release order, and their equity in the property is less than $8,000, they will be liable to pay any negative difference between the bond amount of $100,000 and their equitable interest in the property, and AARON WILLIAMS AND ROSIE WILLIAMS hereby agree to the entry of a default judgment against them for the amount of any such difference. AARON WILLIAMS AND ROSIE WILLIAMS have received a copy of the Court's release order and understand its terms and conditions. Further, the sureties understand that the only notice they will receive is notice of court proceedings.

3. AARON WILLIAMS AND ROSIE WILLIAMS further agree to execute a quitclaim deed in favor of the United States of America, which deed shall be held in the custody of the Clerk of the United States District Court, Northern District of Illinois, until further order of the Court. AARON WILLIAMS AND ROSIE WILLIAMS understand that should defendant AARON WILLIAMS fail to appear or otherwise violate any condition of the Court's order of release, the United States may obtain an order from the Court authorizing the United States to file and record the above-described deed, and to take whatever other action that may be necessary to perfect its interest

in the above-described real property and satisfy the obligation arising from a breach of the bond.

4. AARON WILLIAMS AND ROSIE WILLIAMS further agree that they will maintain the subject property in good repair, pay all taxes and obligations thereon when due, and will take no action which could encumber the real property or diminish their interest therein, including any effort to sell or otherwise convey the property without leave of Court. Further, AARON WILLIAMS AND ROSIE WILLIAMS have executed a release in favor of the United States so it can be verified that all obligations relating to the property are paid currently.

5. AARON WILLIAMS AND ROSIE WILLIAMS further understand that if they have knowingly made or submitted or caused to be made or submitted any false, fraudulent or misleading statement or document in connection with this Forfeiture Agreement, or in connection with the bond set for defendant AARON WILLIAMS they are subject to a felony prosecution for making false statements and making a false declaration under penalty of perjury. AARON WILLIAMS AND ROSIE WILLIAMS agree that the United States shall file and record a copy of this Forfeiture Agreement with the Cook County Recorder of Deeds as notice of encumbrance in the amount of the bond.

6. AARON WILLIAMS AND ROSIE WILLIAMS hereby declare under penalty of perjury that they have read the foregoing Forfeiture Agreement in its entirety, and the information contained herein is true and correct. Failure to comply with any term or condition of this agreement will be considered a violation of the release order authorizing the United States to request that the bond posted for the release of the defendant be revoked.

Date: 10-21-08

_____
AARON WILLIAMS
Defendant
Surety/Grantor

Date: 8-21-08

_____
ROSIE WILLIAMS
Surety/Grantor

Date: 8-21-08

_____
Witness

**Return to:**
Bissell
United States Attorney's Office
219 S. Dearborn Street, 5th Floor
Chicago, Illinois 60604

4